# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CEDRICK HENDRIX,**

    Plaintiff,

v.                                       Case No. 23-CV-1510-SCD

**HEAVENS TABLE CATERING & BBQ LLC** and
**JASON ALSTON,**

    Defendants.

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

Having reviewed the parties' joint motion for settlement approval and related filings, **IT IS HEREBY ORDERED** that:

1. The court **GRANTS** the parties' joint motion for settlement approval, ECF No. 20;

2. The settlement agreement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

3. Defendants shall make the following payments on the following dates pursuant to the settlement agreement:

| Date | Hawks Quindel | Hendrix W2 | Hendrix 1099 | Total |
|---|---|---|---|---|
| January 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| February 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| March 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| April 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |

| | | | | |
|---|---|---|---|---|
| May 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| June 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| July 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| August 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| September 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| October 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| November 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| December 1, 2025 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| January 1, 2026 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| February 1, 2026 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| March 1, 2026 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| April 1, 2026 | $1,028.32 | $985.84 | $985.84 | $3,000.00 |
| May 1, 2026 | $685.55 | $657.23 | $657.22 | $2,000.00 |
| Totals | $17,138.67 | $16,430.67 | $16,430.66 | $50,000.00 |

4. This action shall be administratively closed;

5. Hawks Quindel, S.C., shall notify the court of the defendants' satisfaction of the settlement payments and all obligations in the settlement agreement, upon which the Court will dismiss the action with prejudice;

6. The settlement agreement is binding on Cedrick Hendrix, Heavens Table Catering & BBQ LLC, and Jason Alston;

7. Plaintiff's requested attorneys' fees and costs are reasonable, and Hawks Quindel, S.C. is awarded $17,138.67 in attorneys' fees and costs; and

8. The settlement agreement, ECF No. 20-1, is incorporated into this order.

**SO ORDERED** this 12th day of December, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge