# United States District Court
## Eastern District of Wisconsin

**CEDRICK HENDRIX,**

        Plaintiff(s),

        v.

**HEAVENS TABLE CATERING & BBQ, LLC, AND JASON ALSTON,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-1510-SCD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff shall recover from the defendants, jointly and severally: (1) the amount of $23,002.93; and (2) attorney fees and costs due to Hawks Quindel, S.C. in the amount of $14,597.07.

    Approved: *[signature]*
    STEPHEN C. DRIES
    United States Magistrate Judge

Dated: September 10, 2025

LINDA M. KLEMM
Clerk of Court

*s/ K. Hubacz*
(By) Deputy Clerk